1  PATRICK M. RYAN (SBN 203215)
     *pryan@bzbm.com*
2  STEPHEN C. STEINBERG (SBN 230656)
     *ssteinberg@bzbm.com*
3  GABRIELLA A. WILKINS (SBN 306173)
     *gwilkins@bzbm.com*
4  BARTKO ZANKEL BUNZEL & MILLER
   A Professional Law Corporation
5  One Embarcadero Center, Suite 800
   San Francisco, California 94111
6  Telephone: (415) 956-1900
   Facsimile:  (415) 956-1152
7
   Attorneys for CISCO SYSTEMS, INC. and
8  CISCO TECHNOLOGY, INC.

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13  CISCO SYSTEMS, INC. and CISCO          Case No.
    TECHNOLOGY, INC.,
14                                          **[PROPOSED] ORDER GRANTING
                                            PLAINTIFFS' ADMINISTRATIVE
15             Plaintiffs,                  MOTION TO FILE DOCUMENTS
                                            UNDER SEAL RELATED TO
16        v.                                PLAINTIFFS' COMPLAINT AND
                                            EMERGENCY *EX PARTE* MOTION**
17  SHENZHEN USOURCE TECHNOLOGY
    CO.; SHENZHEN WAREX
18  TECHNOLOGIES CO., LTD,; and             **AS MODIFIED BY THE COURT**
    WAREX TECHNOLOGIES LIMITED,
19
               Defendants.
20

21

22

23

24

25

26

27

28

2790.000/1536731.3
                                                              Case No.

**[PROPOSED] ORDER**

This matter came before the Court on Plaintiffs' administrative motion to file documents under seal related to Plaintiffs' Complaint and Emergency *Ex Parte* Motion For Temporary Restraining Order filed pursuant to Civ. L.R. 7-11 and 79-5 (the "Administrative Motion"). Plaintiffs seek through their Administrative Motion an Order permitting them to file under seal unredacted versions of the following documents:

| No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|-----|----------|--------------------|-----------------------|
|  | Plaintiffs' Complaint | Highlighted portions at 7:7-9 & 13-16; 11:11-26; and 12:11-13 & 17-23. | Contains confidential information related to Plaintiffs' internal strategies, knowledge and relationships detailing how Plaintiffs produce and protect their products and intellectual property. *See* First Witness Decl. ¶ 26; Second Witness Decl. ¶¶ 8, 10-11, 12, 14, 20 & 24; Third Witness Decl. ¶¶ 3, 5 & 31; Wilkins Decl. ¶¶ 3 – 6. Public disclosure of this information would cause harm to Plaintiffs and others. *See* First Witness Decl. ¶¶ 3, 8-10, 16-19, 22 & 24; Wilkins Decl. ¶¶ 5 – 8. |
|  | Plaintiffs' Emergency *Ex Parte* Motion and Memorandum in Support | Highlighted portions at 7:9-10 & 12-21; 8:6 & 24-28; 9:5-12, 14-15, 18, 21-24 & 28; and 10:1-3. | Contains confidential information related to Plaintiffs' internal strategies, knowledge and relationships detailing how Plaintiffs produce and protect their products and intellectual property. *See* First Witness Decl. ¶ 26; Second Witness Decl. ¶¶ 8, 10-11, 12, 14, 20 & 24; Third Witness Decl. ¶¶ 3, 5 & 31; Wilkins Decl. ¶¶ 3 – 6. Public disclosure of this information would cause harm to Plaintiffs and others. *See* First Witness Decl. ¶¶ 3, 8-10, 16-19, 22 & 24; Wilkins Decl. ¶¶ 5 – 8. |
|  | Plaintiffs' Decl. of First Witness in Support of Emergency *Ex Parte* Motion | Highlighted portions at 1:1; and 8:9. | Contains confidential personally identifiable information related to Plaintiffs' internal strategies, knowledge and relationships detailing how Plaintiffs produce and protect their products and intellectual property. *See* First Witness Decl. ¶ 26; Second Witness Decl. ¶¶ 8, 10-11, 12, 14, 20 & 24; Third Witness Decl. ¶¶ 3, 5 & 31; Wilkins Decl. ¶¶ 3 – 6. Public disclosure of this information would cause harm to Plaintiffs and others. *See* First Witness Decl. ¶¶ 3, 8-10, 16-19, 22 & 24; Wilkins Decl. ¶¶ 5 – 8. |

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

| | | | |
|---|---|---|---|
| Plaintiffs' Exhs. 1A – 1C to Decl. of First Witness | None. | N/A. |
| Plaintiffs' Decl. of Second Witness in Support of Emergency *Ex Parte* Motion | Highlighted portions at 1:1 & 11; 3:1-2, 21 – 26 & 28; 4:1-4, 6-7, 22-23 & 25-27; 5:9, 11, 13, 24 & 27; 10:2, 8-20, 22, 25 & 27; 7:11-16 & 22-27, and 8:12. | Contains confidential personally identifiable information and other information related to Plaintiffs' internal strategies, knowledge and relationships detailing how Plaintiffs produce and protect their products and intellectual property.  *See* First Witness Decl. ¶ 26; Second Witness Decl. ¶¶ 8, 10-11, 12, 14, 20 & 24; Third Witness Decl. ¶¶ 3, 5 & 31; Wilkins Decl. ¶¶ 3 – 6.  Public disclosure of this information would cause harm to Plaintiffs and others.  *See* First Witness Decl. ¶¶ 3, 8-10, 16-19, 22 & 24; Wilkins Decl. ¶¶ 5 – 8. |
| Plaintiffs' Declaration of Third Witness in Support of Emergency *Ex Parte* Motion | Highlighted portions at 1:1 & 22-28; 2:1-3, 5 & 21-23; 6:15-16, 19 & 21-28; 7:1-2 & 8; and 10:7-8 & 22. | Contains confidential personally identifiable information and other information related to Plaintiffs' internal strategies, knowledge and relationships detailing how Plaintiffs produce and protect their products and intellectual property.  *See* First Witness Decl. ¶ 26; Second Witness Decl. ¶¶ 8, 10-11, 12, 14, 20 & 24; Third Witness Decl. ¶¶ 3, 5 & 31; Wilkins Decl. ¶¶ 3 – 6.  Public disclosure of this information would cause harm to Plaintiffs and others.  *See* First Witness Decl. ¶¶ 3, 8-10, 16-19, 22 & 24; Wilkins Decl. ¶¶ 5 – 8. |
| Plaintiffs' Exhs. 3D – 3E to Decl. of Third Witness | None. | N/A. |

Having considered Plaintiffs' Administrative Motion and Memorandum in support thereof, the Declaration of Gabriella A. Wilkins in support of that Administrative Motion, the Declarations of the First, Second and Third Witnesses in Support of Plaintiffs' Emergency *Ex Parte* Motion for Temporary Restraining Order, redacted and unredacted versions of the documents Plaintiffs propose to file under seal reflecting the precise portions of those documents to be redacted in the public record, and Plaintiffs' Proposed Order, this Court:

1    FINDS Plaintiffs have shown COMPELLING REASONS to support filing these

2  documents under seal;

3    GRANTS Plaintiffs' Administrative Motion; and

4    HEREBY ORDERS that the unredacted documents shall be filed under seal, and the

5  redacted versions of these documents shall be placed in the public record.

6    The Clerk shall file the redacted complaint in this matter and randomly assign the case.

7

8    IT IS SO ORDERED.

9

10  DATED: July 16, 2020

_____
United States District Court Judge
The Honorable Beth Labson Freeman

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS
UNDER SEAL