1  PATRICK M. RYAN (SBN 203215)
     *pryan@bzbm.com*
2  STEPHEN C. STEINBERG (SBN 230656)
     *ssteinberg@bzbm.com*
3  GABRIELLA A. WILKINS (SBN 306173)
     *gwilkins@bzbm.com*
4  BARTKO ZANKEL BUNZEL & MILLER
   A Professional Law Corporation
5  One Embarcadero Center, Suite 800
   San Francisco, California 94111
6  Telephone: (415) 956-1900
   Facsimile:  (415) 956-1152
7
   Attorneys for Plaintiffs CISCO SYSTEMS, INC.,
8  CISCO TECHNOLOGY, INC. and CIENA
   CORPORATION
9

10                   UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13  CISCO SYSTEMS, INC., CISCO            Case No. 5:20-cv-04773-EJD
14  TECHNOLOGY, INC. and CIENA
    CORPORATION,                          **DECLARATION OF SECOND WITNESS
15                                         IN SUPPORT OF PLAINTIFF CIENA
                   Plaintiffs,             CORPORATION'S EMERGENCY *EX
16                                         PARTE* MOTION FOR TEMPORARY
          v.                               RESTRAINING ORDER, ASSET FREEZE
17                                         ORDER, EXPEDITED DISCOVERY,
    SHENZHEN USOURCE TECHNOLOGY CO.,       ORDER PERMITTING ALTERNATIVE
18  SHENZHEN WAREX TECHNOLOGIES CO.,       SERVICE OF PROCESS, AND ORDER
    LTD. and WAREX TECHNOLOGIES            TO SHOW CAUSE RE: PRELIMINARY
19  LIMITED,                               INJUNCTION**

20                   Defendants.          **Date:
                                           Time:
21                                         Courtroom:      4
                                           The Honorable Judge Edward J. Davila**
22

23                                        **REDACTED VERSION OF
                                          DOCUMENT SOUGHT TO BE SEALED**
24

25

26

27

28

I, ▮▮▮▮▮, hereby declare as follows:

1.      I am familiar with the matters set forth in this declaration based upon my own personal knowledge. If called as a witness, I could and would competently testify to the following facts.

2.      I submit this declaration in support of Plaintiff Ciena Corporation's Emergency *Ex Parte* Motion for Temporary Restraining Order, Asset Freeze Order, Expedited Discovery, Order Permitting Alternative Service of Process, and Order to Show Cause Re: Preliminary Injunction.

3.      I have determined that the purported Ciena® brand pluggable transceiver modules ("Ciena transceivers") purchased by ▮▮▮▮▮ from Defendants Shenzhen Usource Technology Co. ("Usource") and Shenzhen Warex Technologies Co. and Warex Technologies Limited (together, "Warex") (collectively "Defendants") are unauthentic, in that they were not manufactured by Ciena or by someone associated with Ciena, as these transceivers, including their sticker labels, housing, packaging, and electrically erasable programmable read-only memory ("EEPROM"), exhibit characteristics that differ from genuine Ciena transceivers and also lack elements that genuine Ciena transceivers would have.

**Experience and Qualifications**

4.      I hold a Master of Applied Science in Electrical and Computer Engineering and Photonics from Dalhousie University in Canada, and a Bachelor of Engineering in Electronics and Information Engineering from Jinan University in China.

5.      I began my professional career in 2009 as an optical device engineer for Jilong Optical Communication Co., Ltd. in China.  From 2010 through 2016, I worked as a fiber optic engineer for OZ Optics Ltd., where I developed and designed custom optical components, performed optical tests and verified optical characteristics of fiber optics equipment, among other responsibilities.

6.      In 2016, I joined Ciena as an optical component engineer, and my responsibilities included qualifying OEM pluggable transceivers from quality and reliability perspectives and their production line where Ciena transceivers are manufactured.  In January 2019, I was promoted to

2790.000/1543462.1

1

DECLARATION OF SECOND WITNESS ISO PLAINTIFF CIENA CORP.'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

1  be a pluggable hardware engineer, such that I am now responsible for qualifying OEM pluggable

2  transceivers to make sure their functional performances meet Ciena specifications.

3  **Manufacturing, Labeling and Monitoring of Genuine Ciena Transceivers**

4      7.      A transceiver is an electronic device that uses fiber optic technology to transmit and

5  receive data. A transceiver encodes and decodes data by converting an electrical signal into light

6  pulses and then sends the data through a fiber optic cable, where it is received at the other end and

7  converted back into an electrical signal. There are many models of Ciena transceivers which range

8  in size, price, and functionality. Every Ciena transceiver, however, is designed to meet and exceed

9  industry standards for quality, reliability, safety, and performance, which vary depending on the

10  industry.

11      8.      Ciena's products are manufactured by, or often contain components that are

12  manufactured by, third-party vendors called original equipment manufacturers ("OEMs"). Every

13  OEM that Ciena utilizes is heavily vetted and scrutinized. The majority of authentic Ciena

14  transceivers are manufactured by a number of OEMs, one of which is ███████, mentioned

15  below. These OEMs utilize specialized equipment and heavily-tested processes to produce a

16  consistent, high-performing product on which consumers rely.

17      9.      Ciena places strict control requirements on its OEMs, each of whom must adhere to

18  high-quality manufacturing and distribution standards. These standards ensure that the product

19  design meets feature specifications throughout the manufacturing lifecycle. Before a single

20  product is shipped to a customer, Ciena conducts performance testing on OEM transceiver

21  modules to make sure the designed product meets Ciena and industry standard specifications to

22  qualify as a Ciena transceiver. System level qualification testing is followed to make sure the

23  OEM transceiver modules are compatible with and work properly with other equipment in a Ciena

24  network configuration. Last but not least, a first-piece-evaluation is conducted to ensure the OEM

25  manufacturing follows the directed EEPROM programming. After the product is approved for

26  customer shipment, Ciena also ensures that each manufacturing facility maintains ongoing

27  reliability monitoring and meets its quality standards by subjecting each to stringent audits. OEMs

28  must maintain detailed production data records for each serialized product and must log product

1  movement throughout the supply chain, which gives Ciena the ability to support customers via

2  serial number traceability. OEMs participate in regular business reviews that comprehensively

3  examine the manufacturer's practices and procedures and identify areas for improvement.

4       10.    Ciena provides extensive label requirements to its manufacturers that cover

5  everything from product identifications and codes to label size and text size to manufacturing

6  information. Many of these requirements can help Ciena to identify counterfeit products. For

7  example, ██████████████████████████████████████████████████████████

8  ████████████████████████████████████████████████████████████████████

9  ████████████████████████████████████████████████████████████████████

10  ██████████████████████████████████

11

12

13

14

15       11.    Every Ciena transceiver also contains an EEPROM which contains Ciena-specific

16  data. The EEPROM content of an authentic Ciena transceiver ████████████████████

17  ████████████████████████████████████████████████████████████████████

18  ████████████████████████████████████████████████████████

19  ████████████████████████████████████████████████████████ The

20  absence of any of this data on an EEPROM is evidence that the product is inauthentic, as is the

21  presence of any incorrect information.

22       12.    Ciena has expert engineers who can analyze and text products to see if they are

23  genuine Ciena products, including myself.

24  **Investigation of Counterfeit Products**

25       13.    As part of our investigation into potentially counterfeit Ciena transceivers being

26  offered online, ███████ from Rowan TELS made purchases from Defendants.

27       14.    For each purchase of a suspect Ciena transceiver from Defendants, the product was

28  delivered by the Defendant to an address in ████████████████ Under a stringent chain of

3

DECLARATION OF SECOND WITNESS ISO PLAINTIFF CIENA CORP.'S *EX PARTE* MOTION FOR
TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

1  custody, each suspect product was then shipped to Ciena's testing facility located at Building C,

2  383 Terry Fox Dr., Ottawa, Ontario, K2K 0L1, Canada. I evaluated each product and determined

3  (for the reasons set forth in the following paragraphs) that every one of these products was in fact

4  inauthentic, in that it was not manufactured by Ciena or someone associated with Ciena. To

5  confirm my analysis, I also shared the serial number of the suspect transceivers with the OEM that

6  was identified in the inauthentic top label, if any. The OEM also determined that the suspect

7  transceiver was inauthentic.

8  **Products from Defendant Usource**

9      15.    I understand that ▮▮▮▮▮ purchased two transceivers from Usource, and that

10 Usource advertised and offered these as Ciena-brand transceivers. Usource sent these suspect

11 transceivers to ▮▮▮▮ in ▮▮▮▮▮▮▮. ▮▮▮▮ then sent one of the transceivers

12 to me at the aforementioned address where I analyzed it.

13      16.    Specifically, ▮▮▮▮ purchased and sent me the following transceiver from

14 Usource:

| Part Number | Serial Number |
|---|---|
| Ciena SFP-10G-LR | O20200507897 |

17      17.    On July 6, 2020, I examined the suspect transceiver received from Usource. It had a

18 top label that bore the Ciena name and logo. However, I determined that this transceiver sold by

19 Usource is not a genuine Ciena product. I then prepared an analysis and assessment detailing my

20 findings.

21      18.    The suspect transceiver sold by Usource is clearly inauthentic, in that it was not

22 manufactured by Ciena or by someone associated with Ciena, due to the many differences

23 between it and authentic Ciena transceivers. These differences include, but are not limited to:



DECLARATION OF SECOND WITNESS ISO PLAINTIFF CIENA CORP.'S *EX PARTE* MOTION FOR
TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

1 ████████████████████████████████████████████████

2 ████████████████████████████████████████████

3 **Products from Defendant Warex**

4     19.    I understand that ████████ purchased four transceivers from Warex, and that

5 Warex advertised and offered these as Ciena-brand transceivers, including that they would read

6 electronically as Ciena products when inserted into a Ciena host device. Warex sent these suspect

7 transceivers to ████████ in ██████████████. ██████████ then sent one of each

8 transceiver model to me at the aforementioned address where I analyzed them.

9     20.    Specifically, ████████ purchased and sent me the following transceivers from

10 Warex:

| Part Number | Serial Number |
|-------------|---------------|
| XCVR-S00Z85-C | WX1150124412 |
| XCVR-S10V31-C | WX1150124402 |

14     21.    On July 6, 2020, I examined the two suspect transceivers received from Warex.

15 Each suspect transceiver had a top label that bore the product part numbers: "XCVR-S00Z85-C"

16 or "XCVR-S10V31-C." The XCVR-S00Z85 and XCVR-S10V31 are two of Ciena's well-known

17 transceivers, ████████████████████████████████████████████

18 ████████████████████████████████████████████████

19 ████████████████████████. However, I determined that these transceivers

20 sold by Warex are not genuine Ciena products. I then prepared an analysis and assessment

21 detailing my findings.

22     22.    I subsequently provided the serial numbers to ████████, the OEM identified in

23 the product serial number on the counterfeit top label. ████████ confirmed that the serial

24 numbers do not correspond to genuine Ciena transceivers, and thus, confirmed my assessment that

25 both suspect transceivers were inauthentic.

26     23.    The suspect transceivers sold by Warex are clearly inauthentic, in that they were

27 not manufactured by Ciena or by someone associated with Ciena, due to the many differences

28 between them and authentic Ciena transceivers. These differences include, but are not limited to:

2790.000/1543462.1

5

DECLARATION OF SECOND WITNESS ISO PLAINTIFF CIENA CORP.'S *EX PARTE* MOTION FOR
TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION



*****

24.     In summary, all of the products listed above and purchased from Defendants share various distinctive characteristics that distinguish them from genuine products manufactured by or for Ciena. Those distinctive characteristics do not and could not appear on authentic Ciena transceivers. It is therefore my firm conclusion that all of the suspect transceivers sold by Defendants are inauthentic.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 6, 2020

DECLARATION OF SECOND WITNESS ISO PLAINTIFF CIENA CORP.'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION