PATRICK M. RYAN (SBN 203215)
  pryan@bzbm.com
STEPHEN C. STEINBERG (SBN 230656)
  ssteinberg@bzbm.com
GABRIELLA A. WILKINS (SBN 306173)
  gwilkins@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Plaintiffs CISCO SYSTEMS, INC.,
CISCO TECHNOLOGY, INC. and CIENA
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC., CISCO TECHNOLOGY, INC. and CIENA CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>SHENZHEN USOURCE TECHNOLOGY CO., SHENZHEN WAREX TECHNOLOGIES CO., LTD. and WAREX TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 5:20-cv-04773-EJD<br><br>**DECLARATION OF SECOND WITNESS IN SUPPORT OF PLAINTIFF CIENA CORPORATION'S EMERGENCY *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER, ASSET FREEZE ORDER, EXPEDITED DISCOVERY, ORDER PERMITTING ALTERNATIVE SERVICE OF PROCESS, AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>Date:<br>Time:<br>Courtroom:     4<br>The Honorable Judge Edward J. Davila<br><br>**REDACTED VERSION OF<br><u>DOCUMENT SOUGHT TO BE SEALED</u>** |

2790.000/1543462.1

DECLARATION OF SECOND WITNESS ISO PLAINTIFF CIENA CORP.'S *EX PARTE* MOTION FOR
TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

I, ▮▮▮▮, hereby declare as follows:

1. I am familiar with the matters set forth in this declaration based upon my own personal knowledge. If called as a witness, I could and would competently testify to the following facts.

2. I submit this declaration in support of Plaintiff Ciena Corporation's Emergency *Ex Parte* Motion for Temporary Restraining Order, Asset Freeze Order, Expedited Discovery, Order Permitting Alternative Service of Process, and Order to Show Cause Re: Preliminary Injunction.

3. I have determined that the purported Ciena® brand pluggable transceiver modules ("Ciena transceivers") purchased by ▮▮▮▮ from Defendants Shenzhen Usource Technology Co. ("Usource") and Shenzhen Warex Technologies Co. and Warex Technologies Limited (together, "Warex") (collectively "Defendants") are unauthentic, in that they were not manufactured by Ciena or by someone associated with Ciena, as these transceivers, including their sticker labels, housing, packaging, and electrically erasable programmable read-only memory ("EEPROM"), exhibit characteristics that differ from genuine Ciena transceivers and also lack elements that genuine Ciena transceivers would have.

**Experience and Qualifications**

4. I hold a Master of Applied Science in Electrical and Computer Engineering and Photonics from Dalhousie University in Canada, and a Bachelor of Engineering in Electronics and Information Engineering from Jinan University in China.

5. I began my professional career in 2009 as an optical device engineer for Jilong Optical Communication Co., Ltd. in China. From 2010 through 2016, I worked as a fiber optic engineer for OZ Optics Ltd., where I developed and designed custom optical components, performed optical tests and verified optical characteristics of fiber optics equipment, among other responsibilities.

6. In 2016, I joined Ciena as an optical component engineer, and my responsibilities included qualifying OEM pluggable transceivers from quality and reliability perspectives and their production line where Ciena transceivers are manufactured. In January 2019, I was promoted to

be a pluggable hardware engineer, such that I am now responsible for qualifying OEM pluggable transceivers to make sure their functional performances meet Ciena specifications.

**Manufacturing, Labeling and Monitoring of Genuine Ciena Transceivers**

7. A transceiver is an electronic device that uses fiber optic technology to transmit and receive data. A transceiver encodes and decodes data by converting an electrical signal into light pulses and then sends the data through a fiber optic cable, where it is received at the other end and converted back into an electrical signal. There are many models of Ciena transceivers which range in size, price, and functionality. Every Ciena transceiver, however, is designed to meet and exceed industry standards for quality, reliability, safety, and performance, which vary depending on the industry.

8. Ciena's products are manufactured by, or often contain components that are manufactured by, third-party vendors called original equipment manufacturers ("OEMs"). Every OEM that Ciena utilizes is heavily vetted and scrutinized. The majority of authentic Ciena transceivers are manufactured by a number of OEMs, one of which is [REDACTED], mentioned below. These OEMs utilize specialized equipment and heavily-tested processes to produce a consistent, high-performing product on which consumers rely.

9. Ciena places strict control requirements on its OEMs, each of whom must adhere to high-quality manufacturing and distribution standards. These standards ensure that the product design meets feature specifications throughout the manufacturing lifecycle. Before a single product is shipped to a customer, Ciena conducts performance testing on OEM transceiver modules to make sure the designed product meets Ciena and industry standard specifications to qualify as a Ciena transceiver. System level qualification testing is followed to make sure the OEM transceiver modules are compatible with and work properly with other equipment in a Ciena network configuration. Last but not least, a first-piece-evaluation is conducted to ensure the OEM manufacturing follows the directed EEPROM programming. After the product is approved for customer shipment, Ciena also ensures that each manufacturing facility maintains ongoing reliability monitoring and meets its quality standards by subjecting each to stringent audits. OEMs must maintain detailed production data records for each serialized product and must log product

1  movement throughout the supply chain, which gives Ciena the ability to support customers via
2  serial number traceability. OEMs participate in regular business reviews that comprehensively
3  examine the manufacturer's practices and procedures and identify areas for improvement.

4  10.  Ciena provides extensive label requirements to its manufacturers that cover
5  everything from product identifications and codes to label size and text size to manufacturing
6  information. Many of these requirements can help Ciena to identify counterfeit products. For
7  example, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
8  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
9  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
10 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

[Ciena transceiver label showing: ciena, CLEI: WXYZ123XYZ, Transceiver Description Ending in Plug Type, (1P):123-4567-890 (2P):001 (18V):LBCINA, (S):ABCDEF0123456789 (ZZ-001) (4L):CA, 1310 nm, IEC Class 1, CE, 2019-07-15, with barcodes and QR code]

15  11.  Every Ciena transceiver also contains an EEPROM which contains Ciena-specific
16  data. The EEPROM content of an authentic Ciena transceiver ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
17  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
18  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
19  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The
20  absence of any of this data on an EEPROM is evidence that the product is inauthentic, as is the
21  presence of any incorrect information.

22  12.  Ciena has expert engineers who can analyze and text products to see if they are
23  genuine Ciena products, including myself.

**Investigation of Counterfeit Products**

25  13.  As part of our investigation into potentially counterfeit Ciena transceivers being
26  offered online, ▮▮▮▮▮▮▮▮ from Rowan TELS made purchases from Defendants.

27  14.  For each purchase of a suspect Ciena transceiver from Defendants, the product was
28  delivered by the Defendant to an address in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Under a stringent chain of

1  custody, each suspect product was then shipped to Ciena's testing facility located at Building C,
2  383 Terry Fox Dr., Ottawa, Ontario, K2K 0L1, Canada. I evaluated each product and determined
3  (for the reasons set forth in the following paragraphs) that every one of these products was in fact
4  inauthentic, in that it was not manufactured by Ciena or someone associated with Ciena. To
5  confirm my analysis, I also shared the serial number of the suspect transceivers with the OEM that
6  was identified in the inauthentic top label, if any. The OEM also determined that the suspect
7  transceiver was inauthentic.

### Products from Defendant Usource

15. I understand that ▮▮▮▮ purchased two transceivers from Usource, and that Usource advertised and offered these as Ciena-brand transceivers. Usource sent these suspect transceivers to ▮▮▮▮ in ▮▮▮▮. ▮▮▮▮ then sent one of the transceivers to me at the aforementioned address where I analyzed it.

16. Specifically, ▮▮▮▮ purchased and sent me the following transceiver from Usource:

| Part Number | Serial Number |
|---|---|
| Ciena SFP-10G-LR | O20200507897 |

17. On July 6, 2020, I examined the suspect transceiver received from Usource. It had a top label that bore the Ciena name and logo. However, I determined that this transceiver sold by Usource is not a genuine Ciena product. I then prepared an analysis and assessment detailing my findings.

18. The suspect transceiver sold by Usource is clearly inauthentic, in that it was not manufactured by Ciena or by someone associated with Ciena, due to the many differences between it and authentic Ciena transceivers. These differences include, but are not limited to:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮

2790.000/1543462.1

4

DECLARATION OF SECOND WITNESS ISO PLAINTIFF CIENA CORP.'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

1  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

2  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

### Products from Defendant Warex

19. I understand that ▇▇▇▇▇ purchased four transceivers from Warex, and that Warex advertised and offered these as Ciena-brand transceivers, including that they would read electronically as Ciena products when inserted into a Ciena host device. Warex sent these suspect transceivers to ▇▇▇▇ in ▇▇▇▇▇▇▇▇▇▇▇▇. ▇▇▇▇ then sent one of each transceiver model to me at the aforementioned address where I analyzed them.

20. Specifically, ▇▇▇▇ purchased and sent me the following transceivers from Warex:

| Part Number | Serial Number |
|---|---|
| XCVR-S00Z85-C | WX1150124412 |
| XCVR-S10V31-C | WX1150124402 |

21. On July 6, 2020, I examined the two suspect transceivers received from Warex. Each suspect transceiver had a top label that bore the product part numbers: "XCVR-S00Z85-C" or "XCVR-S10V31-C." The XCVR-S00Z85 and XCVR-S10V31 are two of Ciena's well-known transceivers, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. However, I determined that these transceivers sold by Warex are not genuine Ciena products. I then prepared an analysis and assessment detailing my findings.

22. I subsequently provided the serial numbers to ▇▇▇▇▇▇, the OEM identified in the product serial number on the counterfeit top label. ▇▇▇▇▇▇ confirmed that the serial numbers do not correspond to genuine Ciena transceivers, and thus, confirmed my assessment that both suspect transceivers were inauthentic.

23. The suspect transceivers sold by Warex are clearly inauthentic, in that they were not manufactured by Ciena or by someone associated with Ciena, due to the many differences between them and authentic Ciena transceivers. These differences include, but are not limited to:

1  ████████████████████████████████████████
2  ████████████████████████████
3  ████████████████████████████████
4  ████████████████████████████████████
5  ████████████████████
6  ████████████████████████████████████████
7  ████████████████████████████████████████
8  ██████████████████████████████████
9  █ ██████████████████████████████████████
10 ██████████████████████████████████

*****

24. In summary, all of the products listed above and purchased from Defendants share various distinctive characteristics that distinguish them from genuine products manufactured by or for Ciena. Those distinctive characteristics do not and could not appear on authentic Ciena transceivers. It is therefore my firm conclusion that all of the suspect transceivers sold by Defendants are inauthentic.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 6, 2020



2790.000/1543462.1

6

DECLARATION OF SECOND WITNESS ISO PLAINTIFF CIENA CORP.'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION