UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SHENZHEN USOURCE TECHNOLOGY CO., et al., <br><br> Defendants. | Case No.  5:20-cv-04773-EJD <br><br> **STATUS REPORT ORDER** |

On December 21, 2021, the Court granted Plaintiffs' motion for default judgment and permanent injunction as to their Lanham Act trademark infringement, Lanham Act false designation of origin, California Unfair Competition Law, and California False Advertising Law claims. Dkt. No. 62. Plaintiffs did not move for default judgment as to their claim for Lanham Act false advertising or dilution. *Id.* at 7–8. Those claims, therefore, remain outstanding.

Plaintiffs have taken no action in this case since the Court's order. Accordingly, the Court ORDERS Plaintiffs to submit a status report by **May 17, 2022** advising the Court on whether they intend to pursue their remaining Lanham Act false advertising and/or dilution claims.

**IT IS SO ORDERED.**

Dated: May 3, 2022

EDWARD J. DAVILA
United States District Judge

Case No.: 5:20-cv-04773-EJD
STATUS REPORT ORDER
1